# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | Eastern | District Louisiana | 02-304 J |
|---|---|---|---|

**Name** (under which you were convicted): Darryl Franklin
**Docket or Case No.:** 02-304J

**Place of Confinement:** FCC-USP1, PO Box 1033 Coleman, FL 33521
**Prisoner No.:** 28126-034

UNITED STATES OF AMERICA

Movant (include name under which you were convicted)

v. Darryl Franklin

FILED JUN 09 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
WILLIAM W. BLEVINS
CLERK

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Eastern District Of Louisiana

   (b) Criminal docket or case number (if you know): 02-304J

2. (a) Date of the judgment of conviction (if you know): N/A

   (b) Date of sentencing: N/A

3. Length of sentence: Life

4. Nature of crime (all counts): 18 U.S.C. 2119 and 18 U.S.C. 2

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc No. ___

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
    (a) Name of court: _____
    (b) Docket or case number (if you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _____

    _____
    _____
    _____
    _____
    _____
    _____

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result: _____

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised: _____

        _____
        _____
        _____
        _____
        _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☒   No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: Eastern District Court of Louisiana
        (2) Docket or case number (if you know): N/A
        (3) Date of filing (if you know): N/A

(4) Nature of the proceeding: __N/A__

(5) Grounds raised: __N/A__

___

___

___

___

___

___

___

___

___

___

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: __Denied__

(8) Date of result (if you know): __N/A__

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: __FifthCircuit Court of Appeals__

(2) Docket or case number (if you know): __N/A__

(3) Date of filing (if you know): __May 27, 2016__

(4) Nature of the proceeding: __Motion for leave to file a second 2255__

(5) Grounds raised: __The motion is based on several new Supreme Court case law such as: In Elonis V. United States, 2015 BL 171331 U.S. (JUne 3, 2015); In McFadden V. United States, 2015 BL 193525 U.S. (June 24, 2016). These cases are based on statutory interpretation. They are new substantive/constitutional law that should be retroactive and apply to Mr. Franklin's case, and now show that his plea was not knowingly and voluntarily made.__

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: __The motion is still pending in the Fifth Circuit__

(8) Date of result (if you know): __Still pending__

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☒

(2) Second petition: Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: This is a protective 2255, requesting that this court hold this 2255 in abeyance until the Fifth Circuit rule on the second 2255.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: In light of several new Supreme Court case law, Petitioner guilty plea was in violation of the United States Constitution

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): since the plea was not knowingly and voluntarily made when he was not advised on several essential elements like intent and knowledge. Based upon these new Supreme Court case law such as Rosemund v. United States, 12-895 (2014); In McFadden; In Elonis; Johnson v. United States, 135 S. Ct. 2551 (2015); and Descamps.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

 Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

 Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

 Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND TWO:** Petitioner was sentenced under the wrong statute and wrong guidelines. Petitioner pleaded guilty to 18 U.S.C. 2119 and

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
2, which carry a Guideline 2B3.1, however he was removed to 18 U.S.C. 1111 and 2A1.1, that he did not plead guilty to; also, no government official was murdered in this case; furthermore, no one advised Mr. Franklin of any of those elements of 18 U.S.C. 1111, or 1114 since these statutes which made this guilty plea invalid and not knowingly and voluntarily made.

See Molina-Martinez V. United States, U.S. No. 14-8913 (4/20/16) the Descamps standard should apply in this case.

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __Still pending in the Appellate Court.__

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND THREE: Petitioner's guilty plea was invalid, he was never advised that if he went to trial the government would have been required to prove that
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): the car-jacking was a but-for-cause as to why one individual murdered someone. See Burrage. The government must prove mens rea under these new Supreme Court case law In McFadden and In Elonis.

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND FOUR: Mr. Franklin is filing this protective 2255(f) motion requesting that this court hold it in abeyance until the Fifth

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Circuit Court of Appeals rule on his second 2255 motion that is pending in that court.

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Four:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❑ No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) Post-Conviction Proceedings:

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❑ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❑ No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❑ No ❑

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❑ No ❑

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: These claims were never presented in any other motion before, because they are based upon new Supreme Court case law in which some of those cases are already retroactive and the others will soon be made retroactive.

_____

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☒   No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. A second or successive motion pending in the Fifth Circuit Court of Appeals.

_____

_____

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: N/A

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒
    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☒ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* <u>This motion is timely, since it relies on new Supreme Court cases, and the motion was filed within one year since the ruling on those cases.</u>

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

  A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>his protective 2255</u>
<u>be held in abeyance until the Appellate Court rule on his case.</u>
_____
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __6-3-2016__ (month, date, year).

Executed (signed) on __6-3-2016__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

IN FORMA PAUPERIS DECLARATION

_____
[Insert appropriate court]
* * * * *

Daryl Franklin 26126-034
U.S. Penitentiary Coleman - 1
P.O. Box 1033
Coleman, FL 33521

Hale Boggs Federal Building
United States Courthouse
500 Poydras Street, Room C151
New Orleans, LA 70130

CERTIFIED MAIL
7015 0640 0006 2886 2427