UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 02-304 |
| DARRYL FRANKLIN | SECTION "J" |

## **J U D G M E N T**

Considering the Court's Order and Reasons dated May 20, 2021,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the United States of America and against DARRYL FRANKLIN, dismissing his petition to vacate sentence under 28 U.S.C. 2255.

New Orleans, Louisiana, this 28th day of June, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE